# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| NARUTO, a Crested Macaque, by and through his Next Friends, PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., and ANTJE ENGELHARDT, Ph.D.<br>*Plaintiff(s)*<br>v.<br>DAVID JOHN SLATER, an individual, BLURB, INC., a Delaware corporation, and WILDLIFE PERSONALITIES, LTD., a United Kingdom private limited company<br>*Defendant(s)* | Civil Action No.   15-cv-4324/MCY |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
David John Slater
53 Fairways Avenue
Coleford, Forest of Dean, Gloucestershire GL16 8RP
United Kingdom

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
David Schwarz
Irell & Manella LLP
1800 Avenue of the Stars, Ste. 900
Los Angeles, CA 90067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

*Cynthia J. Lenahan*

Date: September 23, 2015

*Signature of Clerk or Deputy Clerk*