| TO: **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION ON APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. § 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

(X) ACTION        ( ) APPEAL

| DOCKET NO:<br>15-cv-04324-KAW | DATE FILED:<br>September 21, 2015 | COURT NAME AND LOCATION<br>Ronald Dellums Federal Building<br>1301 Clay Street<br>Oakland, CA 94612 |
|---|---|---|

| PLAINTIFF:<br>Naruto | DEFENDANT:<br>Slater |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | See attached complaint | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following copyright(s) have been included.

DATE INCLUDED        INCLUDED BY:
( ) Amendment        ( ) Answer        ( ) Cross Bill        ( ) Other Pleading

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | See attached complaint | |
| 2. | | |
| 3. | | |

In the above-entitled case, a final decision was entered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED:<br>( ) Order    ( ) Judgment | WRITTEN OPINION ATTACHED:<br>( ) Yes    ( ) No | DATE RENDERED: |
|---|---|---|

*Susan Y. Soong*, Clerk        (by) Deputy Clerk, Cynthia Lenahan        Date Rendered

Copy 1 – Upon initiation of action, mail copy to Register of Copyrights
Copy 2 – Upon filing of document adding copyright(s), mail copy to the Register of Copyrights
Copy 3 – Upon termination of action, mail copy to Register of Copyrights
Copy 4 – In the event of an appeal, forward copy to Appellate Court
Copy 5 – Case File Copy