UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Naruto, a Crested Macaque, by and through his Next Friends, People for the Ethical Treatment of Animals, Inc., and Antje Engelhardt, Ph.D.

Plaintiff,

v.

David John Slater, et al.

Defendants

Case No: 3:15-cv-4324-WHO

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)

I, Jeffrey S. Kerr, an active member in good standing of the Virginia State Bar, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing Naruto, by and through his Next Friends, People for the Ethical Treatment of Animals, Inc., and Antje Engelhardt, Ph.D., in the above-entitled action. My local co-counsel in this case is David A. Schwarz, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: 1536 16th Street NW Washington, DC 20036 MY TELEPHONE # OF RECORD: (202) 540-2171 MY EMAIL ADDRESS OF RECORD: jeffk@petaf.org | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: 1800 Avenue of the Stars, Ste. 900 Los Angeles, CA 90067-4276 LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (310) 277-1010 LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: dschwarz@irell.com |
|---|---|

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 42122.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: November 5, 2015

_____
APPLICANT

PRO HAC VICE APPLICATION & ORDER                                    October 2012

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of <u>Jeffrey S. Kerr</u> is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:   November 6, 2015

UNITED STATES MAGISTRATE JUDGE



PRO HAC VICE APPLICATION & ORDER

- 2 -