COOLEY LLP
JESSICA VALENZUELA SANTAMARIA (220934)
(jsantamaria@cooley.com)
ANGELA L. DUNNING (212047) (adunning@cooley.com)
JACQUELINE B. KORT (284370) (jkort@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendant
BLURB, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NARUTO, a Crested Macaque, by and through his Next Friends, PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., and ANTJE ENGELHARDT, Ph.D.,<br><br>Plaintiff,<br><br>v.<br><br>DAVID JOHN SLATER, an individual, BLURB, INC., a Delaware corporation, and WILDLIFE PERSONALITIES, LTD., a United Kingdom private limited company,<br><br>Defendant. | Case No. 15-cv-04324 (WHO)<br><br>**DECLARATION OF ANGELA L. DUNNING IN SUPPORT OF BLURB, INC.'S MOTION TO DISMISS THE COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>Date:            January 6, 2016<br>Time:           2:00 p.m.<br>Judge:          Hon. William H. Orrick<br>Complaint Filed:   September 21, 2015 |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

DECLARATION OF ANGELA L. DUNNING I/S/O
MOTION TO DISMISS (15-CV-04324 (WHO))

I, Angela L. Dunning, declare:

**1.** I am an attorney duly licensed to practice law before the courts of the State of California and this Court. I am Special Counsel at Cooley LLP, attorneys of record for Blurb, Inc. ("Blurb"). I have personal knowledge of the facts set forth below and if called as a witness to testify, I could and would testify competently to those facts.

**2.** This Declaration contains documents for which Blurb is requesting judicial notice.

**3.** Attached hereto as **Exhibit 1** is a true and correct copy of Blurb's "About Blurb" webpage, publicly available on Blurb's webpage at http://www.blurb.com/about-blurb.

**4.** Attached hereto as **Exhibit 2** is a true and correct copy of Blurb's "Disclaimer" webpage, publicly available at http://www.blurb.com/disclaimer.

**5.** Attached hereto as **Exhibit 3** is a true and correct copy of Blurb's "Terms and Conditions" webpage, publicly available on Blurb's webpage at http://www.blurb.com/terms.

**6.** Attached hereto as **Exhibit 4** is a true and correct copy of a blog post by Ingrid Newkirk, President and co-founder of Next Friend People for the Ethical Treatment of Animals, entitled *It's The Monkey Who Should Own The Selfie*, published in The Dodo on August 8, 2014 and publicly available at https://www.thedodo.com/community/IngridNewkirk/its-the-monkey-who-should-own--663672003.html.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 6, 2015 in Palo Alto, California.

Angela L. Dunning

123635976 v1