# EXHIBIT 2

# Policies and Legal

- Join Blurb Now
- Sign In
- Help
- 

Search: [          ]  Submit  ×

- Formats & Pricing
  - Photo Books
  - Trade Books
  - Magazines
  - Ebooks
  - Pricing
  - Volume Printing
- Create
  - Creation & Layout Tools
  - Templates
  - Upload PDF
  - Hire an Expert
- Sell & Distribute
  - Sell through Blurb
  - Sell on Amazon
  - Apple iBooks Store
- Bookstore
  - Staff Picks
  - Best Sellers
  - Just Published
  - All Categories

## Disclaimer

Please be aware that Blurb is a publishing services provider. We provide users with tools and services that enable them to publish their own books.

We are not a publisher, and we do not review or correct user-generated content.

Users are expected to comply with the Terms and Conditions of the Blurb web site, and with the BookSmart End User License Agreement. We reserve the right to remove content that does not comply with these agreements, and/or to deny service to users who do not comply with these agreements.

## Policies and Legal

Terms & Conditions   Privacy Policy   Disclaimer   Blurb Software EULA   Licensed App EULA   Return Policy   Copyright   Acknowledgments   Blurb Book Distribution Agreement   Gift Card Terms   BlurbNation Community Guidelines   General Promotion Rules   Blurb Trademarks

- 
  - [Self-Publishing](#)
  - [Creation & Layout Tools](#)
  - [Volume Printing](#)
  - [Sell & Distribute](#)
  - [Sell through Blurb](#)
  - [Sell on Amazon](#)
  - [Ingram Distribution](#)
  - [Warehousing & Fulfillment](#)
- 
  - [Photo Books](#)
  - [Yearbooks](#)
  - [Wedding Photo Books](#)
  - [Baby Photo Books](#)
  - [Family Photo Books](#)
  - [Travel Photo Books](#)
  - [Coffee Table Photo Books](#)
  - [Instagram Books](#)
- 
  - [Popular Book Types](#)
  - [Food & Cookbooks](#)
  - [Photography](#)
  - [Memoirs](#)
  - [Children's Books](#)
  - [Portfolios](#)
  - [Business Books](#)
  - [Novels & Poetry](#)
- 
  - [Get Inspired](#)
  - [Blog](#)
  - [Events](#)
  - [Bookstore](#)
  - [Book Camp](#)
  - [Newsletters](#)
  - [Gift Center](#)
- 
  - [Help](#)
  - [Pricing](#)
  - [Hire an Expert](#)
  - [Forums](#)
  - [FAQs](#)
  - [Shipping](#)
  - [Return Policy](#)

- © 2005 - 2015 Blurb
- [Company](#)
- [Work at Blurb](#)
- [Engineering](#)
- [Pricing](#)
- [Privacy & Legal](#)
- [Support](#)

- Blurb Sites
  - United States
    - [United States](#)

- Australia
- Brazil
- Netherlands
- Italy
- United Kingdom
- France
- Germany
- Spain
- Canada (English)
- Canada (French)
- Other Countries