# EXHIBIT 3

# Policies and Legal

- Join Blurb Now
- Sign In
- Help
- 

Search: [_____] Submit  ×

- Formats & Pricing
  - Photo Books
  - Trade Books
  - Magazines
  - Ebooks
  - Pricing
  - Volume Printing
- Create
  - Creation & Layout Tools
  - Templates
  - Upload PDF
  - Hire an Expert
- Sell & Distribute
  - Sell through Blurb
  - Sell on Amazon
  - Apple iBooks Store
- Bookstore
  - Staff Picks
  - Best Sellers
  - Just Published
  - All Categories

## Terms and Conditions

Blurb provides software and personal print-on-demand, self-publishing services that allow its customers to create, design, layout, print and publish professional quality printed books and publications, including digital versions thereof, (each referred to as a **"Book"** as applicable in these Terms and Conditions and other user policies located in the "Privacy Policy and Legal" link on the Blurb website). Visitors to the Blurb website can also become registered members of the Blurb community. The services offered by Blurb (**"Blurb"**, **"us"** or **"we"**) include the Blurb personal print-on-demand self-publishing services, the Blurb website with the Blurb community (the **"Website"**), our App for your app-enabled mobile device (**"App"**) and any other features, content, or services offered from time to time by Blurb in connection with the Website or App (collectively, the **"Services"**).

This Terms and Conditions Agreement (**"Agreement"**) sets forth the legally binding terms for your use of the Services. By using the Services, you agree to be bound by this Agreement, whether you are a **"Visitor"** (which means that you simply browse the Website or App) or you are a **"Member"** (which means that you have registered with Blurb and set up an Account). The term **"User"** refers to a Visitor or a Member.

BY USING THE WEBSITE OR APP AND THE SERVICES OFFERED ON THE WEBSITE AND APP, YOU AGREE TO FOLLOW AND BE BOUND BY THESE TERMS AND CONDITIONS AND THE BLURB PRIVACY POLICY WHICH ARE HEREBY INCORPORATED BY REFERENCE. IF YOU DO NOT WISH TO BE BOUND BY THESE TERMS AND CONDITIONS AND THE PRIVACY POLICY, YOU MAY NOT ACCESS OR USE THIS WEBSITE OR APP AND THE SERVICES OFFERED ON THE WEBSITE OR VIA THE APP.

You represent and warrant that you are authorized to enter into this Agreement on behalf of yourself and/or the entity that you purport to represent.

**Additional Terms.** In order to participate in or receive certain Services, you may be required to download software or content and/or agree to additional terms and conditions. Unless otherwise provided by the additional terms and conditions applicable to the Services in which you choose to participate or that you choose to receive, those additional terms are hereby incorporated into this Agreement. To the extent there is a conflict between the terms in this Agreement and the terms and conditions posted for a specific area of the Website or App or in connection with a Service, the latter shall have precedence with respect to your use of that area of the Website, App or Service.

**Amendments.** Blurb may modify this Agreement from time to time and such modification shall be effective: (1) for Users who first use the Services after the posting, upon posting by Blurb on the Website, (2) for existing Users, thirty (30) days after posting by Blurb on the Website, or (3) for existing Members, if the modifications to the Agreement are material, thirty (30) days after Blurb sent an e-mail containing a notification of such modifications and the continued use of the Services by the Member thereafter, which shall constitute the Member's acceptance of the amended Agreement. If you do not agree to the modification, you must cease your use of the Services.

**1. Eligibility.** By using the Services, you represent and warrant that: (a) all required registration information you submit is truthful and accurate; (b) you will maintain the accuracy of such information; (c) you are thirteen (13) years of age or older; and (d) your use of the Services does not violate any applicable law or regulation. Your Blurb Account (the **"Account"**) may be deleted without warning if we believe that you are younger than thirteen (13).

**2. Term.** This Agreement shall remain in full force and effect while you use the Services or are a Member. You may delete your Account and end your membership at any time, for any reason by following the instructions on the "My Blurb Account" page. BLURB MAY TERMINATE YOUR MEMBERSHIP AT ANY TIME AND FOR ANY REASON, EFFECTIVE UPON SENDING NOTICE TO YOU AT THE THEN-CURRENT E-MAIL ADDRESS IN YOUR ACCOUNT PROFILE. Even after any termination, Sections 8 through 26 of this Agreement will remain in effect. You understand that termination of this Agreement and your Account involves deletion of your Blurb profile information from our live databases as well as any Content that you uploaded to the Blurb Website or App using such Account. Blurb will not have any liability whatsoever to you for any termination of your Account or related deletion of your information.

**3. Fees.** You acknowledge that Blurb reserves the right to charge for Services and to change its fees from time to time in its discretion, upon posting by Blurb on the Website or in the App. Upon using the Services, you will be responsible for the payment of any applicable fees, and shall pay such fees to Blurb as set forth on the Website or in the App.

**4. Conditions of sale.**

**4.1 Eligibility; Credit Card Terms.** To order any Books or other products, you must be at least eighteen

(18) years of age or the applicable age of majority in your jurisdiction. You will be required to give us a valid credit card number (VISA, MasterCard, American Express or any other issuer then accepted by us) and associated payment information at the time you order Books or any other products hereunder, including all of the following: (i) your name as it appears on the card, (ii) the credit card type, (iii) the date of expiration of your credit card, (iv) billing address, and (v) any activation numbers or codes needed to charge your card. Blurb currently does not accept cash, checks or any other payment form, although in the future we may change this policy. Your credit card issuer agreement governs your use of your designated credit card, and you must refer to that agreement and not this Agreement to determine your rights and liabilities as a cardholder. You agree that no additional notice or consent is required before Blurb invoices the credit card for all amounts due and payable. By providing Blurb with your credit card number and associated payment information, you agree that Blurb is authorized to immediately invoice your account for all fees and charges due and payable to Blurb as a result of your purchase of any Books or other products. You agree to immediately notify Blurb of any change in your billing address or the credit card used for payment hereunder. Blurb reserves the right, at any time, to change its prices and billing methods for Books and other products sold, either immediately upon posting on the Website or in the App, or by e-mail delivery to you.

**4.2 Fees and Charges.** You agree to pay all fees and charges incurred in connection with your orders and purchases (including any taxes imposed on your orders and purchases, including, but not limited to, sales, use or value-added taxes, unless you provide Blurb with sufficient evidence that the order and purchase is made solely for the resale or redistribution of the Book or other product to your customers) at the rates in effect when the charges were incurred. Blurb may automatically charge and withhold such taxes for orders to be delivered to addresses within any jurisdictions that it deems is required. When you order Books or other products for overseas delivery, you may be subject to import duties and taxes, which are levied when the package with the Books or products arrives at the destination that you specified. Any charges for customs clearance have to be borne by you, as Blurb has no control over such charges and cannot foresee the amount charged (if any). Since customs policies vary from country to country, you should contact the customs office in the country where you have us ship your Books or other products to get more information. Please be also aware that you are considered the importer of record and must comply with all laws and regulations of such country.

**4.3 Disputes.** You must notify us in writing within seven (7) days after receiving your credit card statement, if you dispute any of our charges on that statement, or such dispute will be deemed waived. Billing disputes should be notified to the following address: Blurb Customer Service, 580 California Street, Suite 300, San Francisco, CA 94104, or via Blurb's Order Support. If Blurb does not receive payment from your credit card issuer or its agent, you agree to pay all amounts due upon demand by Blurb or its agents.

**4.4 Returns.** All sales of Books and other products are subject to Blurb's then-current return policies, as posted on the Website.

**4.5 Gift Cards.** You agree to the terms and conditions for gift cards that Blurb offers (**"Gift Cards"**) as may be found here and which are hereby incorporated by reference and may be amended from time to time by Blurb in its sole discretion.

**5. Order acceptance policy.** Your receipt of an electronic or other form of order confirmation does not signify Blurb's acceptance of your order, nor does it constitute confirmation of our offer to sell. Blurb reserves the right at any time after receipt of your order to accept or decline your order for any reason. Blurb further reserves the right any time after receipt of your order, without prior notice to you, to supply less than the quantity you ordered of any item. Your order will be deemed accepted by Blurb upon our delivery of the products that you have ordered. We may require additional verifications or information

before accepting any order.

**6. Title and Risk of Loss.** All sales of Books and other products are made FOB shipping agent. Title and risk of loss to each shipment of the Books and other products shall pass to you upon transfer to the shipping agent, FOB.

**7. Password.** When you sign up to become a Member, you will also be asked to choose a username and a password. You are entirely responsible for maintaining the confidentiality of your password. You agree not to use the Account, username, or password of another Member at any time. You agree to notify Blurb immediately if you suspect any unauthorized use of your Account or access to your password. You are solely responsible for any and all use of your Account.

**8. Your Book Content.**

**8.1 Definitions. "Content"** includes text, files, design templates, images, photos, video, sounds, works of authorship, and other material. Your **"Book Content"** includes Content that you include in the Books, submit to Blurb for Books and print services, or that you contribute to the Books of other Members. **BLURB HAS NO OWNERSHIP OF ANY OF YOUR BOOK CONTENT.**

**8.2 Ownership of Your Book Content.** You represent and warrant that: (i) you own or otherwise have the right to grant the licenses set forth in this section for the Book Content that you provide to and post on the Services, contribute to other Members, or provide for our print services to have them printed in a Book, and (ii) your Book Content does not violate the privacy rights, publicity rights, copyright rights, or other rights of any person or entity.

**8.3 Submission of Your Book Content.** You may use any Blurb self-publishing software to submit your Book Content to Blurb for publication or submit your Book Content by providing us with a PDF which meets the [specifications](#) required by Blurb.

**8.4 License.** In order for Blurb to be able to provide you with our Services, you hereby agree to provide us with the following licenses to use your Book Content:

**8.4.1 License to print your Books.** You hereby grant to Blurb a non-exclusive, worldwide, fully-paid and royalty-free license (a **"License"**) to reproduce and distribute your Book Content for the purpose of printing the Books that you order or that you authorize for purchase by others, and for any other related purpose that you authorize (including the use by other Members as a contribution to their Books). You agree that Blurb reserves the right to maintain the electronic files for any Book(s) to fulfill any further orders which may be placed for such Book(s) and to maintain an archival copy of the printed Book.

**8.4.2 License to use your Book Content for optional Blurb features.** In the event you decide to use any optional feature that Blurb may offer, such as allowing others to search for and see an electronic preview of your Book(s) or applications to use the Services in connection with other services and online communities, you hereby grant to Blurb a License to reproduce, distribute, publicly display, use, and otherwise make available the designated Book(s), any Book Content therein, and any other data and information you provide in connection with the optional feature, as required for Blurb to provide such optional feature.

**8.5 ISBN Numbers; Publisher Status.** Blurb may provide features that permit you to include an International Standard Book Number (**"ISBN"**) with your Book. Depending on the features, you may be permitted to acquire an ISBN through Blurb or provide your own ISBN for inclusion in your Book. YOU ACKNOWLEDGE AND AGREE THAT, NOTWITHSTANDING THE METHOD YOU USE TO OBTAIN AN ISBN FOR YOUR BOOK(S), BLURB IS NOT THE PUBLISHER OF YOUR BOOKS

(INCLUDING YOUR BOOK CONTENT) AND YOU WILL NOT STATE OR OTHERWISE SUGGEST THAT BLURB IS THE PUBLISHER OF YOUR BOOKS. YOU REPRESENT AND WARRANT THAT YOU ARE THE PUBLISHER OF YOUR BOOK(S) (INCLUDING YOUR BOOK CONTENT) AND, IN ANY CASE, THAT YOU BEAR THE FULL AND ULTIMATE RESPONSIBILITY FOR THE PUBLICATION AND DISTRIBUTION OF YOUR BOOKS (INCLUDING YOUR BOOK CONTENT).

**9. Blurb Content.** The Services contain Content of Blurb and its licensors (**"Blurb Content"**). Blurb and its licensors (including Users) own and retain all proprietary rights in the Blurb Content and the Services. Blurb hereby grants you a limited, revocable, non-sublicensable license to reproduce and publicly display the Blurb Content (excluding any software code) solely for your personal use in connection with viewing the Website and using the Services. Except as provided in the previous sentence, you shall not reproduce, distribute, publicly perform (including by means of digital audio transmission), publicly display, create derivative works of, and otherwise use the Blurb Content.

**10. Other Content.** Notwithstanding Section 8.4.2 above, You hereby grant to Blurb an irrevocable, perpetual, nonexclusive, fully-paid and royalty-free license (with right to sublicense) to use, create derivative works, reproduce, distribute and publicly display any Content, but not your Book Content, that you upload, post, email, transmit or otherwise make available on the Website or App ("Other Content"). Examples of Other Content include your digital correspondences with Blurb via social media, any public information you upload about a Book through our Website or App, and public profile information you provide through our Website or App. We may use Other Content in our internal and external marketing materials as well as to provide You with better service and support.

**11. Your Content and Activity.** You are solely responsible for any and all Book Content and Other Content that is posted by or through your Account on any Services (including any Content that you may have received by third parties) including any e-mail, or included in Books submitted by you for print services, and for your interactions with other Users. You agree that Blurb retains the right to create limits on Blurb's archiving of such data, including but not limited to the right to delete such data after a certain period without a purchase or to charge for extended storage of such data.

**11.1 Prohibited Content. YOU MAY NOT INCLUDE "PUBLISHED BY BLURB," "BLURB PUBLISHING" OR ANY OTHER REFERENCE THAT DIRECTLY OR INDIRECTLY SUGGESTS OR IMPLIES THAT BLURB IS THE PUBLISHER OF THE BOOKS THAT YOU CREATE USING THE SERVICES.** You agree that you will not post, submit for print services, or otherwise provide to the Services, any Prohibited Content. **"Prohibited Content"** includes Book Content or Other Content that: (i) is offensive, pornographic, or promotes racism, bigotry, hatred or physical harm of any kind against any group or individual; (ii) bullies, harasses, or advocates stalking, bullying, or harassment, of another person; (iii) involves the transmission of "junk mail," "chain letters," unsolicited mass mailing, or "spamming,"; (iv) is false or misleading or promotes, endorses or furthers illegal activities or conduct that is abusive, threatening, obscene, defamatory or libelous; (v) promotes, reproduces, performs or distributes an illegal or unauthorized copy of another person's work that is protected by copyright or trade secret law, such as providing pirated computer programs or links to them, providing information to circumvent manufacturer-installed copy-protection devices, or providing pirated music or links to pirated music files; (vi) is involved in the exploitation of persons under the age of 18 in a sexual or violent manner, or solicits personal information from anyone under 13; (vii) provides instructional information about illegal activities such as making or buying illegal weapons, violating someone's privacy, or providing or creating computer viruses and other harmful code; (viii) solicits passwords or personally identifying information for commercial or unlawful purposes from other Users; (ix) contains viruses, Trojan horses, worms, time bombs, cancelbots, corrupted files, or similar software; (x) violates any applicable law, including, but not limited to laws and regulations governing export

control, unfair competition, anti-discrimination and false advertising; (xi) involves commercial activities that are detrimental to the interests of Blurb; or (xii) otherwise violates this Agreement or creates liability for Blurb. BLURB RESERVES THE RIGHT TO REFUSE TO PRINT ANY BOOK THAT CONTAINS CONTENT THAT IT DETERMINES IN IT SOLE DISCRETION IS PROHIBITED CONTENT, and you agree to indemnify and hold Blurb and its subsidiaries, affiliates, officers, employees, suppliers, service providers, and partner companies harmless for any claims, losses, liabilities and expenses arising out of or relating to any breach of this section.

**11.2 Your Profile.** Any Content posted by you in your profile may not contain nudity, violence, sexually explicit, or offensive subject matter. You may not post or submit for print services a photograph of another person without that person's permission.

**11.3 Member Interaction.** You will not use (a) the Services and (b) any information obtained from the Services in order to harass, abuse, send Spam to, or harm another person, or in order to contact, advertise to, solicit, or sell to any User without their prior explicit consent.

**11.4 No Disruption.** You will not: (i) cover or obscure the banner advertisements that might be placed on your personal profile page, or any Blurb page via HTML/CSS, scripting, or any other means, if any; (ii) interfere with, disrupt, or create an undue burden on the Services or the networks or services connected to the Services; or (iii) introduce software or automated agents to the Services, generate automated messages, or to strip or mine data from the Services.

**11.5 Miscellaneous.** You will not attempt to impersonate another User or person, including any employee of Blurb. You will use the Services in a manner consistent with any and all applicable laws and regulations.

**11.6 Enforcement by Blurb.** Blurb has the right (but not the obligation) to review any Content and delete any Content that in the sole judgment of Blurb violates this Agreement; is Prohibited Content, is illegal, violates the rights, harms, or threatens the safety of any User or any other person; or creates liability for Blurb, its suppliers, service providers, partner companies, or any User. Blurb reserves the right (but has no obligation) to investigate and take action in its sole discretion against you if you violate this provision or any other provision of this Agreement, including without limitation, removing Prohibited Content from the Services, terminating your membership, reporting you to law enforcement authorities, and taking legal action against you.

**12. Copyright Policy.** It is Blurb's policy to terminate membership privileges of any Member who infringes copyright upon prompt notification to Blurb by the copyright owner or the copyright owner's legal agent. Without limiting the foregoing, if you believe that your work has been copied and posted on the Services or used in any Book in a way that constitutes copyright infringement, please provide our Copyright Agent with the following information: (i) an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest; (ii) a description of the copyrighted work that you claim has been infringed; (iii) a description of the location on the Service of the material that you claim is infringing; (iv) your address, telephone number, and email address; (v) a written statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; (vi) a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf. Contact information for Blurb's Copyright Agent for notice of claims of copyright infringement is as follows:

Blurb, Inc
Attn: Copyright Agent

580 California Street, Suite 300
San Francisco, CA 94104
General Support

## 13. Third Parties and Other Users.

**13.1 Third Party Content.** Content from other Users, advertisers, and other third parties is made available to you through the Services. Because Blurb does not control such Content, you agree that Blurb is not responsible for any such Content, including advertising and information about third party products or services. Because Blurb does not have control over such Content, Blurb makes no guarantees about the accuracy, currency, suitability, or quality of such Content, and Blurb assumes no responsibility for unintended, objectionable, inaccurate, misleading, or unlawful Content made available by other Users, advertisers, and third parties.

**13.2 Responsibility.** Your interactions with other Users or third parties, or with advertisers, including payment and delivery of goods or services, and any other terms, conditions, warranties or representations associated with such dealings, are solely between you and the other User, the advertiser, or third party. The foregoing also applies to any interaction between Members (including the contribution and/or receipt of any Content) in the course of using the Services' functionality to make contributions to the books of other Members and to receive contributions from other Members to your own Books. You agree that Blurb will not be responsible for any loss or damage incurred as the result of any such interactions and dealings listed in this section or with respect to any other User's use or disclosure of your personally identifiable information. If there is a dispute between you and any third party (including any User), Blurb is under no obligation to become involved; however, Blurb reserves the right to monitor disputes between you and other Users.

**13.3 Third-Party Links.** The provision of links to other websites or locations is for your convenience and does not signify our endorsement of such other websites or locations or their contents. Links to other Websites or locations may also be posted by other Users within the Blurb community. Blurb has no control over, does not review, and cannot be responsible for, these outside websites or their content. Please be aware that the terms of our Privacy Policy do not apply to these outside websites.

## 14. Limited Warranty.

**14.1 Limited Warranty for Books.** Blurb warrants that, subject to minor differences across products and printing partners as described in Blurb's Return Policy available at http://www.blurb.com/returns, Books will be free of any material defects in materials and workmanship. Blurb will, at its own expense and at its sole obligation and your exclusive remedy, replace any materially defective Books which you report to Blurb via Blurb's Order Support within fourteen (14) days of your receipt thereof in accordance with the Return Policy.

**14.2 Exceptions to Warranty.** Blurb does not proof, edit or change any of the Content in the Books that you post or submit for print services. As a result, the foregoing limited warranty does not include the obligation to correct (a) typographical errors, mistakes in grammar, unfinished text or other text errors; (b) low resolution images that may appear blurry in print; (c) design issues, including book format, organization, style, color and page layout; or (d) any other creative choices that you make related to the Book. YOUR BOOK CONTENT CANNOT BE EDITED ONCE IT IS UPLOADED TO THE WEBSITE. Therefore, you agree that you will not upload Book Content unless it has been fully proofed and you are satisfied that it is ready to be published. Blurb is not responsible for any incorrect or inaccurate Content (including any profile information) posted on the Services, whether caused by Users, Members or by any of the equipment or programming associated with or utilized in the Services. Blurb

assumes no responsibility for any error, omission, interruption, deletion, defect, delay in operation or transmission, communications line failure, theft or destruction or unauthorized access to, or alteration of, any User or User communication. Blurb is not responsible for any problems or technical malfunction of any hardware and software due to technical problems on the Internet or at the Website or App or combination thereof, including any injury or damage to Users or to any person's computer related to or resulting from participation or downloading materials in connection with the Services. Under no circumstances shall Blurb be responsible for any loss or damage, including personal injury or death, resulting from use of the Services or from any Content posted on the Website or App or transmitted to Users, or any interactions between Users of the Services, whether online or offline.

**14.3 Disclaimers.** TO THE EXTENT LEGALLY PERMITTED UNDER THE APPLICABLE LAWS, (A) THE SERVICES ARE PROVIDED "AS-IS" AND AS AVAILABLE AND EXCEPT FOR THE WARRANTY SET FORTH IN SECTION 14.1 ABOVE, (B) BLURB EXPRESSLY DISCLAIMS ANY WARRANTIES AND CONDITIONS OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE WARRANTIES OR CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, QUIET ENJOYMENT, ACCURACY, OR NON-INFRINGEMENT.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES OR LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY MAY LAST, SO THE ABOVE LIMITATIONS MAY NOT APPLY TO YOU. THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS. YOU MAY HAVE OTHER RIGHTS WHICH VARY FROM JURISDICTION TO JURISDICTION. FOR FURTHER WARRANTY INFORMATION YOU MAY CONTACT BLURB's CUSTOMER SUPPORT DEPARTMENT AT 580 CALIFORNIA STREET, SUITE 300, SAN FRANCISCO, CA 94104.

**15. Limitation on Liability.** TO THE EXTENT LEGALLY PERMITTED UNDER APPLICABLE LAW, BLURB SHALL NOT BE LIABLE TO YOU OR ANY THIRD PARTY FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL OR PUNITIVE DAMAGES, INCLUDING ANY LOST PROFIT DAMAGES ARISING FROM YOUR USE OF THE SERVICES, EVEN IF BLURB HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED HEREIN, BLURB's LIABILITY TO YOU FOR ANY DAMAGES ARISING FROM OR RELATED TO ANY CAUSE OF ACTION WHATSOEVER, REGARDLESS OF THE FORM OF THE ACTION, SHALL BE LIMITED TO THE GREATER OF FIFTY U.S. DOLLARS ($50), OR THE AMOUNTS YOU PAID TO BLURB IN THE SIX (6) MONTHS PRIOR TO THE ACCRUAL OF THE CLAIM. NOTHING IN THIS AGREEMENT SHALL LIMIT OR EXCLUDE BLURB's LIABILITY FOR GROSS NEGLIGENCE OR INTENTIONAL MISCONDUCT OF BLURB OR ITS AGENTS OR EMPLOYEES, OR FOR DEATH OR PERSONAL INJURY.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

**16. Release.** You hereby release Blurb, its officers, employees, agents and successors from claims, demands any and all losses, damages, rights, claims, and actions of any kind including, without limitation, personal injuries, death, and property damage, that is either directly or indirectly related to or arises from any interactions with other Users.

If you are a California resident, you hereby waive California Civil Code Section 1542, which states: "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which, if known by him must have materially affected his settlement

with the debtor."

**17. Indemnity.** You agree to defend, indemnify, and hold Blurb, its subsidiaries, affiliates, officers, agents, and other partners and employees, harmless from any loss, liability, claim, or demand, including reasonable attorney's fees, made by any third party due to or arising out of your use of the Services in violation of this Agreement and/or arising from your breach of any provision of this Agreement.

**18. Electronic communications.** The communications between you and Blurb use electronic means, whether you visit the Website or App or otherwise use the Service or send Blurb e-mails, or whether Blurb posts notices on the Website or App or communicates with you via e-mail. For contractual purposes, you (a) consent to receive communications from Blurb in an electronic form; and (b) agree that all terms and conditions, agreements, notices, disclosures, and other communications that Blurb provides to you electronically satisfy any legal requirement that such communications would satisfy if it were be in writing. The foregoing does not affect your statutory rights.

**19. U.S. Export Controls.** Content and software available in connection with the Services (the **"Software"**) is further subject to United States export controls. No Content or Software may be downloaded from the Services or otherwise exported or re-exported in violation of U.S. export laws. By downloading or using the Content and Software, you represent and warrant that such download or use is not in violation of any such law.

**20. Governing Law and Arbitration.** This Agreement shall be governed by the laws of the State of California without giving effect to any conflict of laws principles that may provide the application of the law of another jurisdiction. You and Blurb agree to submit to the jurisdiction of, and agree that venue is proper in, the state courts located in San Francisco, California (USA) and the federal courts located in the Northern District of California (USA) in such legal action or proceeding. The application of the United Nations Convention on the International Sale of Goods is hereby expressly excluded. Any claim or dispute (excluding claims for injunctive or other equitable relief as set forth below) in connection with this Agreement where the total amount of the award sought is less than five thousand U.S. Dollars (US$ 5,000.00) may be resolved in a cost effective manner through binding non-appearance-based arbitration, at the option of the party seeking relief. Such arbitration shall be initiated through an established alternative dispute resolution provider (**"ADR Provider"**) that offers arbitration as set forth in this section and under the rules of such ADR Provider, except to the extent such rules are in conflict with this Agreement. The party demanding arbitration will propose an ADR Provider and the other party shall not unreasonably withhold consent to use such ADR Provider. The ADR Provider and the parties must comply with the following rules: a) the arbitration shall be conducted by telephone, online and/or be solely based on written submissions, the specific manner shall be chosen by the party initiating the arbitration; b) all arbitration proceedings shall be held in English; c) the arbitration shall not involve any personal appearance by the parties or witnesses unless otherwise mutually agreed by the parties; and d) any judgment on the award rendered by the arbitrator may be entered in any court of competent jurisdiction. Each party shall bear its own costs (including attorney fees) and disbursements arising out of the arbitration, and shall pay an equal share of the fees and costs of the ADR Provider. Notwithstanding the foregoing, Blurb may seek injunctive or other equitable relief to protect its intellectual property rights in any court of competent jurisdiction. Please note that the laws of the jurisdiction where you are located may be different from California law, including the laws governing what can legally sold, bought, exported, offered or imported. You shall always comply with all the international and domestic laws, ordinance, regulations and statutes that are applicable to your use of the Services and your purchase of Books and other products from the Blurb Services.

**21. Relationship of Parties.** You and we are independent contractors, and nothing in this Agreement will create any partnership, joint venture, agency, franchise, sales representative, or employment

11/4/2015    Terms and Conditions. Book Publishing Services | Blurb Books

Case 3:15-cv-04324-WHO   Document 25-5   Filed 11/06/15   Page 11 of 13

relationship between us. You have no authority to make or accept any offers or representations on our behalf. You will not make any statement, whether on your site or in your Book Content, that would reasonably contradict anything in this section.

**22. Notices.** Blurb may give any notice required by this Agreement by means of a general notice on the Website, electronic mail to your e-mail address on record with Blurb, or by written communication sent by first class mail or pre-paid post to your address on record with Blurb. Such notice shall be deemed to have been given upon the expiration of forty-eight (48) hours after mailing or posting (if sent by first class mail or pre-paid post) or twelve (12) hours after sending (if sent by email). You may give notice to Blurb, addressed to the attention of its Chief Operating Officer (such notice shall be deemed given when received by Blurb) at any time by any of the following: letter sent by confirmed facsimile to Blurb at the following fax number: 415-362-2078, letter delivered by nationally recognized overnight delivery service or first class postage prepaid mail to Blurb at the following address: Chief Operating Officer, Blurb, Inc., 580 California Street, Suite 300, San Francisco, CA 94104.

**23. Force Majeure.** A party will not be liable for non-performance or delay in performance (other than of obligations regarding payment of money) caused by any event reasonably beyond the control of such party including, but not limited to wars, hostilities, revolutions, riots, civil commotion, national emergency, epidemics, fire, flood, earthquake, force of nature, explosion, embargo or any "act of God."

**24. Other.** This Agreement is accepted upon your use of the Website or App or any of the Services or when you register to become a Member. This Agreement, including the Software End User License Agreement, the App End User License Agreement and the Privacy Policy which are incorporated by reference, constitutes the final, complete and exclusive agreement between you and Blurb regarding the subject matter hereof and supersedes and merges all prior discussions between the parties. If any provision of this Agreement is found to be invalid or unenforceable, such provision will be changed and interpreted to accomplish the objectives to the greatest extent possible under any applicable law and the remaining provisions will continue in full force and effect. The failure of Blurb to exercise or enforce any right or provision of this Agreement shall not operate as a waiver of such right or provision. The section titles in this Agreement are for convenience only and have no legal or contractual effect. The parties of this Agreement have expressly required that the present Agreement be drawn up in the English language. Please contact us with any questions regarding this Agreement. You may also receive a copy of this Agreement in (in ASCII text format) by contacting us via Blurb's general support form.

**25. Copyright/Trademark Information.** Copyright © 2005–2015, Blurb. All rights reserved. The trademarks, logos and service marks (**"Marks"**) displayed on the Website and App or in connection with the Services are the property of Blurb or other third parties. You are not permitted to use these Marks without the prior written consent of the third party that owns the Mark.

**26. International Provisions.** The following provisions shall apply only if you are located in the countries listed below.

**26.1 United Kingdom.** A third party who is not a party to this Agreement has no right under the Contracts (Rights of Third Parties) Act 1999 to enforce any term of this Agreement, but this does not affect any right or remedy of such third party which exists or is available apart from that Act.

**26.2 Germany.** Notwithstanding anything contrary in Section 15, Blurb is also not liable for acts of simple negligence (unless they cause injuries to or death of any person), except when they are caused by a breach of any substantial contractual obligations (vertragswesentliche Pflichten).

# Policies and Legal

[Terms & Conditions](#)   [Privacy Policy](#)   [Disclaimer](#)   [Blurb Software EULA](#)   [Licensed App EULA](#)   [Return Policy](#)   [Copyright](#)   [Acknowledgments](#)   [Blurb Book Distribution Agreement](#)   [Gift Card Terms](#)   [BlurbNation Community Guidelines](#)   [General Promotion Rules](#)   [Blurb Trademarks](#)

- 
  - [Self-Publishing](#)
  - [Creation & Layout Tools](#)
  - [Volume Printing](#)
  - [Sell & Distribute](#)
  - [Sell through Blurb](#)
  - [Sell on Amazon](#)
  - [Ingram Distribution](#)
  - [Warehousing & Fulfillment](#)
- 
  - [Photo Books](#)
  - [Yearbooks](#)
  - [Wedding Photo Books](#)
  - [Baby Photo Books](#)
  - [Family Photo Books](#)
  - [Travel Photo Books](#)
  - [Coffee Table Photo Books](#)
  - [Instagram Books](#)
- 
  - [Popular Book Types](#)
  - [Food & Cookbooks](#)
  - [Photography](#)
  - [Memoirs](#)
  - [Children's Books](#)
  - [Portfolios](#)
  - [Business Books](#)
  - [Novels & Poetry](#)
- 
  - [Get Inspired](#)
  - [Blog](#)
  - [Events](#)
  - [Bookstore](#)
  - [Book Camp](#)
  - [Newsletters](#)
  - [Gift Center](#)
- 
  - [Help](#)
  - [Pricing](#)
  - [Hire an Expert](#)
  - [Forums](#)
  - [FAQs](#)
  - [Shipping](#)
  - [Return Policy](#)

- © 2005 - 2015 Blurb
- [Company](#)
- [Work at Blurb](#)
- [Engineering](#)
- [Pricing](#)
- [Privacy & Legal](#)
- [Support](#)

- Blurb Sites
    - United States
        - [United States](United States)
        - [Australia](Australia)
        - [Brazil](Brazil)
        - [Netherlands](Netherlands)
        - [Italy](Italy)
        - [United Kingdom](United Kingdom)
        - [France](France)
        - [Germany](Germany)
        - [Spain](Spain)
        - [Canada (English)](Canada (English))
        - [Canada (French)](Canada (French))
        - [Other Countries](Other Countries)