```
COOLEY LLP
JESSICA VALENZUELA SANTAMARIA (220934)
(jsantamaria@cooley.com)
ANGELA L. DUNNING (212047) (adunning@cooley.com)
JACQUELINE B. KORT (284370) (jkort@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Defendant
BLURB, INC.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARUTO, a Crested Macaque, by and through his Next Friends, PEOPLE FOR THE ETHICAL TREATMENT OF ANIMIALS, INC., and ANJTJE ENGELHARDT, Ph.D.,,<br><br>Plaintiff,<br><br>v.<br><br>DAVID JOHN SLATER, an individual, BLURB, INC., a Delaware corporation, and WILDLIFE PERSONALITIES, LTD., a United Kingdom private limited company,,<br><br>Defendant. | Case No.  15-cv-04324 (WHO)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BLURB, INC. MOTION TO DISMISS THE COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>Date:           January 6, 2016<br>Time:          2:00 p.m.<br>Judge:         Hon. William H. Orrick<br>Complaint Filed:    September 21, 2015 |

Defendant Blurb, Inc.'s ("Blurb") motion to dismiss plaintiff's Complaint For Copyright Infringement ("Complaint") was heard on January 6, 2015 at 2:00 p.m. in this Court.  Counsel for all parties were in attendance and presented oral arguments.

This Court, having considered the papers in support of and in opposition to the motion and having heard the arguments of counsel, and good cause appearing therefor, finds as follows:

**IT IS THEREFORE ORDERED** that:

**1.** Blurb's Motion To Dismiss the Complaint for Copyright Infringement is **GRANTED**.

**2.** The Complaint is dismissed for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1) because Plaintiff lacks Article III standing.

**3.** The Complaint is dismissed under Federal Rule of Civil Procedure 12(b)(6) for Plaintiff's lack of statutory standing.

**4.** The Complaint is dismissed under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted.

**5.** The Complaint is dismissed in its entirety, **WITH PREJUDICE.**

Dated: _____

THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

123637291