IRELL & MANELLA LLP
David A. Schwarz (State Bar No. 159376)
DSchwarz@irell.com
1800 Avenue of the Stars, Ste. 900
Los Angeles, CA 90067-4276
Tel:  310-277-1010
Fax:  310-203-7199

PETA FOUNDATION
Jeffrey S. Kerr (to be admitted *pro hac vice*)
JeffK@petaf.org
1536 16th Street NW
Washington, DC 20036
Tel: 202-540-2171
Fax: 202-540-2208

Matthew Strugar (State Bar No. 232951)
Matthew-s@petaf.org
Martina Bernstein (State Bar No. 230505)
MartinaB@petaf.org
2154 W. Sunset Boulevard
Los Angeles, CA 90026
Tel: 323-739-2701
Fax: 213-484-1648

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARUTO, a Crested Macaque, by and through his Next Friends, PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., and ANTJE ENGELHARDT, Ph.D.,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID JOHN SLATER, an individual, BLURB, INC., a Delaware corporation, and WILDLIFE PERSONALITIES, LTD., a United Kingdom private limited company,<br><br>Defendants. | Case No.: 15-cv-4324-WHO<br><br>JOINT STIPULATION AND ORDER RE: RESCHEDULING RULE 26(F) CASE MANAGEMENT CONFERENCE<br><br>Complaint filed: September 23, 2015<br>Judge: Hon. William H. Orrick |

_____
STIPULATION AND ORDER RE:
RULE 26(f) CASE MANAGEMENT CONFERENCE

4066884

1    Pursuant to Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Naruto, a Crested Macaque, by and
2 through his Next Friends, People for the Ethical Treatment of Animals, Inc. ("PETA") and Antje
3 Engelhardt, Ph.D. ("Plaintiff"), and Defendants Blurb, Inc., David J. Slater, and Wildlife
4 Personalities, Ltd. ("Defendants," and together with Plaintiff, the "Parties"), by and through their
5 respective counsel, hereby stipulate as follows:
6    WHEREAS, Plaintiff filed a complaint on September 23, 2015;
7    WHEREAS, pursuant to Federal Rule of Civil Procedure 26(f), the Court set a case
8 management conference for December 22, 2015 at 2:00 p.m.;
9    WHEREAS, the Defendants have filed motions to dismiss that are scheduled to be heard
10 on January 6, 2016 at 2:00 p.m.;
11    WHEREAS, the Parties believe that the interests of judicial economy and efficiency will
12 be served by scheduling the Rule 26(f) case management conference on the same date as the
13 hearing on the motions to dismiss;
14    WHEREAS, the Parties have stipulated and agreed, subject to the approval of the Court, to
15 reschedule the Rule 26(f) conference to January 6, 2016 at 2:00 p.m.;
16    WHEREAS, rescheduling the Rule 26(f) conference will have no other effect on the
17 schedule of the case; and
18    WHEREAS, in support of this stipulation, the parties have submitted the Declaration of
19 Daniel Allender;
20    NOW THEREFORE, IT IS HEREBY STIPULATED between the Parties, by and through
21 their counsel of record, subject to the approval of the Court, that the status conference currently set
22 for December 22, 2015 at 2:00 p.m. be VACATED and reset for January 6, 2016 at 2:00 p.m. in
23 Courtroom 2, 17th Floor.

Dated: December 1, 2015          Respectfully submitted,

IRELL & MANELLA LLP

By: /s/ David A. Schwarz
    David A. Schwarz

*Attorneys for Plaintiff*

COOLEY LLP

By: /s/ Angela L. Dunning
    Angela L. Dunning

*Attorneys for Defendant*
BLURB, INC.

By: /s/ Andrew Dhuey
    Andrew Dhuey

*Attorney for Defendants*
DAVID J. SLATER AND WILDLIFE
PERSONALITIES, LTD.

FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Casey A. Hultin hereby attests that concurrence in the filing of this document has been obtained.

By: /s/ Casey A. Hultin
    Casey A. Hultin

---

STIPULATION AND ORDER RE:RULE 26(f) STATUS CONFERENCE

4066884

1  PURSUANT TO STIPULATION, IT IS SO ORDERED that the Rule 26(f) case
2  management conference currently set for December 22, 2015 at 2:00 p.m. is VACATED and shall
3  be reset for January 6, 2016 at 2:00 p.m. in Courtroom 2, 17th Floor.

4  Dated:  December 2, 2015                    _____
5                                               The Honorable William H. Orrick

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____
STIPULATION AND ORDER RE:RULE 26(f) STATUS
CONFERENCE
4066884