IRELL & MANELLA LLP
David A. Schwarz (State Bar No. 159376)
DSchwarz@irell.com
1800 Avenue of the Stars, Ste. 900
Los Angeles, CA 90067–4276
Tel: 310–277–1010
Fax: 310–203–7199

PETA FOUNDATION
Jeffrey S. Kerr (admitted *pro hac vice*)
JeffK@petaf.org
1536 16th Street NW
Washington, DC 20036
Tel: 202–540–2171
Fax: 202–540–2208

Matthew Strugar (State Bar No. 232951)
Matthew-s@petaf.org
Martina Bernstein (State Bar No. 230505)
MartinaB@petaf.org
2154 W. Sunset Boulevard
Los Angeles, CA 90026
Tel: 323–739–2701
Fax: 213–484–1648

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NARUTO, a Crested Macaque, by and through his Next Friends, PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., and ANTJE ENGELHARDT, Ph.D. | Case No.: 15-cv-4324-WHO<br><br>PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE |
| Plaintiff, | Judge: Hon. William H. Orrick |
| vs. | Date: January 6, 2016<br>Time: 2:00 p.m.<br>Courtroom: 2, 17th Floor |
| DAVID JOHN SLATER, an individual, BLURB, INC., a Delaware corporation, and WILDLIFE PERSONALITIES, LTD., a United Kingdom private limited company, | Complaint filed September 21, 2015 |
| Defendants. | |

Plaintiff Naruto ("Plaintiff"), by and through his next friends, People for the Ethical Treatment of Animals, Inc. ("PETA"), and Antje Engelhardt, Ph.D. ("Dr. Engelhardt," and together with PETA, the "Next Friends"), respectfully submits this request for judicial notice in support of the accompanying opposition to defendants' motions to dismiss.

Plaintiff requests judicial notice of the following:

- **Exhibit A:** Exhibit A is a letter dated December 22, 2014 from attorneys representing Defendants David Slater and Wildlife Personalities Ltd. to the online news website, Techdirt.com.  The letter was reported on, and reprinted by, Techdirt, and is available at https://www.techdirt.com/articles/20141230/17134529552/our-reply-to-totally-bogus-monkey-selfie-cease-desist.shtml.

- **Exhibit B:** Exhibit B is an online newspaper article from the London-based newspaper, *The Telegraph*, titled "Wikipedia refuses to delete photo as 'monkey owns it,'" dated Aug. 6, 2014.  It is available at http://www.telegraph.co.uk/technology/news/11015672/Wikipedia-refuses-to-delete-photo-as-monkey-owns-it.html.

"In general, a court may not consider items outside the pleadings when deciding a motion to dismiss, but it may consider items of which it can take judicial notice." *Estate of Cartledge v. Columbia Cas. Co.*, 2011 WL 5884255, at *1 (E.D.Cal. 2011), citing *Barron v. Reich,* 13 F.3d 1370, 1377 (9th Cir.1994).  Under Federal Rule of Evidence 201, "[c]ourts may take judicial notice of publications introduced to indicate what was in the public realm at the time, not whether the contents of those articles were in fact true."  *Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010) (taking judicial notice of newspaper articles solely as indication of what was in the public domain at the time); *Heliotrope Gen. Inc. v. Ford Motor Co.*, 189 F.3d 971, 981 n. 118 (9th Cir. 1999) (court would take judicial notice that the market was aware of information contained in published newspaper articles).

Here, Plaintiff requests judicial notice of these online reports solely to show that Defendant Slater has previously claimed to hold a copyright to the photographs at issue in this litigation.

- 1 -

They are offered for the purpose of background only, and Plaintiff does not request that the Court conclude that any fact stated in either article is true for the purpose of ruling on the motions to dismiss.

Dated: December 4, 2015  Respectfully submitted,

IRELL & MANELLA LLP
David A. Schwarz

PETA FOUNDATION
Jeffrey S. Kerr
Matthew Strugar
Martina Bernstein

By: /s/ David A. Schwarz
    David A. Schwarz

*Attorneys for Plaintiff*

# EXHIBIT A



862 Camp Street
New Orleans, LA 70130

T: +1 (949) 220-6545
E: info@icondia.com
W: www.icondia.com

22 December 2014

Mike Masnick
Techdirt
Floor 64, 370 Convention Way
Redwood City, CA 94063

CERTIFIED MAIL – 7014 2120 0003 2133 6641

RE:   Infringement of Wildlife Personalities Limited Registered Image Reference GG-IRO 046, IM-093 and IM-094

Dear Mr Masnick:

This office represents David Slater and Wildlife Personalities Limited, the registered personality to which the registered images referenced above belong. This registration is effective from 29 October 2014. A copy of the registration can be found at http://ipo.guernseyregistry.com/article/115215/Wildlife-Personalities-Limited. This letter is to notify you that your unlawful use of our client's registered image of a macaque monkey infringes upon our client's exclusive image rights.

We hereby demand that you immediately cease and desist all infringing activities, including making, using, selling, offering for sale, and/or importing any infringing products.

A person who has knowledge of another person's image rights has an affirmative duty to exercise due care to avoid infringement. A person who breaches this duty and is found to have infringed the image right may also be found to be a wilful infringer. In such a case, the court may award punitive damages plus attorney's fees.

Even if your infringements were not wilful, you may be liable for damages, including lost profits. It is our desire to resolve this matter amicably without litigation. If you have any questions, please feel free to call. You may wish to seek legal counsel in this matter.



If you discontinue your unlawful conduct within 14 days from the date of this letter, no further action will be taken. Accordingly, please sign and return the attached Agreement within 14 days to:

Icondia Limited
Les Echelons Court
St Peter Port
Guernsey
GY1 1AR

The foregoing is without waiver of any and all rights of our client, all of which are expressly reserved herein.

Yours faithfully,

Icondia Ltd

############################ ATTACHMENT ################################

Image Rights Infringement Settlement Agreement

I, _____, agree to immediately cease and desist using the registered images in exchange for Wildlife Personalities Limited releasing any and all claims against me for image rights infringement. In the event this agreement is breached by me, Wildlife Personalities Limited will be entitled to costs and legal fees in any action brought to enforce this agreement and shall be free to pursue all rights that Wildlife Personalities Limited had as of the date of this letter as if this letter had never been signed.

Signed: _____

Dated: _____

# EXHIBIT B

Wikipedia refuses to delete photo as 'monkey owns it'

Wikimedia, the non-profit organisation behind Wikipedia, has refused a photographer's repeated requests to stop distributing his most famous shot for free – because a monkey pressed the shutter button and should own the copyright



By Matthew Sparkes, Deputy Head of Technology

12:03PM BST 06 Aug 2014

Wikimedia, the US-based organisation behind Wikipedia, has refused a photographer's repeated requests to remove one of his images which is used online without his permission, claiming that because a monkey pressed the shutter button it should own the copyright.

British nature photographer David Slater was in Indonesia in 2011 attempting to get the perfect image of a crested black macaque when one of the animals came up to investigate his equipment, hijacked a camera and took hundreds of selfies.



Many of them were blurry and some were pointed at the jungle floor, but among them were a handful of fantastic images - including a selfie taken by a grinning female macaque which made headlines around the world and brought Mr Slater his 15 minutes of fame.

"They were quite mischievous jumping all over my equipment, and it looked like they were already posing for the camera when one hit the button," he said at the time. "The sound got his attention and he kept pressing it. At first it scared the rest of them away but they soon came back - it was amazing to watch.

"He must have taken hundreds of pictures by the time I got my camera back, but not very many were in focus. He obviously hadn't worked that out yet."


But after appearing on websites, newspapers, magazines and television shows around the world, Mr Slater is now facing a legal battle with Wikimedia after the organisation added the image to its collection of royalty-free images online. The **Wikimedia Commons** is a collection of 22,302,592 images and videos that are free to use by anyone online, and editors have included Mr Slater's image among its database.

**More pictures of the macaques from David's shoot can be seen here.**

The Gloucestershire-based photographer now claims that the decision is jeopardising his income as

 

anyone can take the image and publish it for free, without having to pay him a royalty. He complained To Wikimedia that he owned the copyright of the image, but a recent transparency report from the group, which details all the removal requests it has received, reveals that editors decided that Mr Slater has no claim on the image as the monkey itself took the picture.

**Who owns the monkey selfie?**

○ Mr Slater
○ The monkey
○ Nobody, it's public domain

Vote        View Results

Mr Slater now faces an estimated £10,000 legal bill to take the matter to court.

"If the monkey took it, it owns copyright, not me, that's their basic argument. What they don't realise is that it needs a court to decide that," he said.

The image has been removed in the past when he complained, but different editors regularly upload it once again.

"Some of their editors think it should be put back up. I've told them it's not public domain, they've got no right to say that its public domain. A monkey pressed the button, but I did all the setting up."

Mr Slater said that the photography trip was extremely expensive and that he has not made much money from the image despite its enormous popularity.

"That trip cost me about £2,000 for that monkey shot. Not to mention the £5,000 of equipment I carried, the insurance, the computer stuff I used to process the images. Photography is an expensive

profession that's being encroached upon. They're taking our livelihoods away," he said.

"For every 10,000 images I take, one makes money that keeps me going. And that was one of those images. It was like a year of work, really."

In its report Wikimedia said that it "does not agree" that the photographer owns the copyright, but also that US law means that "non-human authors" do not have the right to automatic copyright of any photographs that they take.

"To claim copyright, the photographer would have had to make substantial contributions to the final image, and even then, they'd only have copyright for those alterations, not the underlying image. This means that there was no one on whom to bestow copyright, so the image falls into the public domain," it said.

Wikimedia's editors are split on the legal issues. One user, Saffron Blaze, said in a **comment section associated with the photo**: "I am not sure I am convinced by the no copyright argument. In this case the outcome was very disrespectful of the photographer who created the conditions that allowed these photos to be created. There are some jurisdictions where even the monkey could be imbued with the copyright as its creator."

Watch an interview with Wikipedia founder Jimmy Wales who says censoring links to news articles due to the European Court of Justice's "right to be forgotten" ruling is an "Orwellian nightmare"

How we moderate

© Copyright of Telegraph Media Group Limited 2015