UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** January 6, 2016 | **Time:** 24 minutes 2:30 p.m. to 2:54 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 15-cv-04324-WHO | **Case Name:** Naruto v. Slater | |

**Attorney for Plaintiff:** David A. Schwarz and Jeffrey Kerr
**Attorney for Defendant:** Angela Dunning , Jessica Valenzuela Santamaria, and Andrew Dhuey

**Deputy Clerk:** Jean Davis                **Court Reporter:** FTR Recording

PROCEEDINGS

The Court announces the tentative opinion, in line with the Ninth Circuit's opinion in *Cetacean Community v Bush,* that while Congress and the President can extend the protection of law to animals as well as humans, there is no indication that they did so in the Copyright Act.  The Copyright Office's Compendium is consistent with the Court's understanding.  Oral argument heard concerning the motion to dismiss.  Motion taken under submission; written order to follow.