IRELL & MANELLA LLP
David A. Schwarz (State Bar No. 159376)
DSchwarz@irell.com
1800 Avenue of the Stars, Ste. 900
Los Angeles, CA 90067-4276
Tel: 310-277-1010
Fax: 310-203-7199

PETA FOUNDATION
Jeffrey S. Kerr (to be admitted *pro hac vice*)
JeffK@petaf.org
1536 16th Street NW
Washington, DC 20036
Tel: 202-540-2171
Fax: 202-540-2208

Matthew Strugar (State Bar No. 232951)
Matthew-s@petaf.org
Martina Bernstein (State Bar No. 230505)
MartinaB@petaf.org
2154 W. Sunset Boulevard
Los Angeles, CA 90026
Tel: 323-739-2701
Fax: 213-484-1648

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARUTO, a Crested Macaque, by and through his Next Friends, PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., and ANTJE ENGELHARDT, Ph.D.<br><br>Plaintiff,<br><br>vs.<br><br>DAVID JOHN SLATER, an individual, BLURB, INC., a Delaware corporation, and WILDLIFE PERSONALITIES, LTD., a United Kingdom private limited company,<br><br>Defendants. | Case No.: 15-cv-4324-WHO<br><br>JOINT STIPULATION AND JUDGMENT<br><br>Complaint filed: September 23, 2015<br>Judge: Hon. William H. Orrick |

_____
STIPULATION AND FINAL JUDGMENT

4066884

Pursuant to Local Rule 7-12, Plaintiff Naruto, a Crested Macaque, by and through his Next Friends, People for the Ethical Treatment of Animals, Inc. ("PETA") and Antje Engelhardt, Ph.D. ("Plaintiff"), and Defendants Blurb, Inc., David J. Slater, and Wildlife Personalities, Ltd. ("Defendants," and together with Plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed a complaint on September 23, 2015;

WHEREAS, Defendants filed respective motions to dismiss on November 6, 2015 (Dkt. Nos. 24, 28) (the "Motions to Dismiss");

WHEREAS, the Court granted the Motions to Dismiss on January 28, 2016 (Dkt. No. 45);

WHEREAS, Plaintiff has elected not to file an amended complaint;

WHEREAS, the Parties believe the interests of efficiency, judicial economy and avoiding piecemeal determinations counsel in favor of deferring any applications for attorneys' fees and determination thereof until after any appeal has been resolved; and

WHEREAS, the Parties reserve all other rights;

NOW THEREFORE, IT IS HEREBY STIPULATED between the Parties, by and through their counsel of record, subject to the approval of the Court, that:

(1)   Judgment be entered in favor of the Defendants; and

(2)   Any motions for attorneys' fees incurred prior to the entry of judgment shall be filed: (i) within 14 days after the time to appeal has expired, if no appeal is filed, or (ii) within 14 days after the Ninth Circuit dismisses any appeal or mandate issues, if an appeal is filed.

Dated:  February 17, 2016          Respectfully submitted,


                                    IRELL & MANELLA LLP


                                    By: /s/ David A. Schwarz
                                        David A. Schwarz

                                    *Attorneys for Plaintiff*

---
STIPULATION AND FINAL JUDGMENT
- 1 -

4066884

COOLEY LLP

By: /s/ Angela L. Dunning
    Angela L. Dunning

*Attorneys for Defendant*
*BLURB, INC.*


By: /s/ Andrew Dhuey
    Andrew Dhuey

*Attorney for Defendants*
*DAVID J. SLATER AND WILDLIFE PERSONALITIES, LTD.*

FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, David A. Schwarz hereby attests that concurrence in the filing of this document has been obtained.

By: /s/ David A. Schwarz
    David A. Schwarz

---

STIPULATION AND FINAL JUDGMENT
- 2 -

4066884

1  PURSUANT TO STIPULATION, IT IS SO ORDERED that, the Court having granted
2  Defendants' Motions to Dismiss, judgment is hereby entered in favor of all defendants as to all
3  claims. Plaintiff shall take nothing by way of his complaint. The Parties reserve all other rights.
4
5  Dated: February 18, 2016                    _____
                                                The Honorable William H. Orrick