| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION ON APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. § 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

(X) ACTION          ( ) APPEAL

DOCKET NO:  
15-cv-04324-KAW

DATE FILED:  
September 21, 2015

COURT NAME AND LOCATION  
Ronald Dellums Federal Building  
1301 Clay Street  
Oakland, CA 94612

PLAINTIFF:  
Naruto

DEFENDANT:  
Slater

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | See attached complaint | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following copyright(s) have been included.

DATE INCLUDED          INCLUDED BY:  
( ) Amendment     ( ) Answer     ( ) Cross Bill     ( ) Other Pleading

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | See attached complaint | |
| 2. | | |
| 3. | | |

In the above-entitled case, a final decision was entered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

COPY ATTACHED:                WRITTEN OPINION ATTACHED:        DATE RENDERED:  
( ) Order   ( ) Judgment       (X) Yes   ( ) No

_Susan Y. Soong_  
Susan Y. Soong, Clerk

_Alfred Amistoso_  
(by) Deputy Clerk, ~~Cynthia Lenahan~~  
Alfred Amistoso

02/15/16  
Date Rendered

Copy 1 – Upon initiation of action, mail copy to Register of Copyrights  
Copy 2 – Upon filing of document adding copyright(s), mail copy to the Register of Copyrights  
Copy 3 – Upon termination of action, mail copy to Register of Copyrights  
Copy 4 – In the event of an appeal, forward copy to Appellate Court  
Copy 5 – Case File Copy