FILED

AUG 11 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NARUTO, a Crested Macaque, by and through his Next Friends, People for the Ethical Treatment of Animals, Inc., <br><br> Plaintiff-Appellant, <br><br> v. <br><br> DAVID JOHN SLATER; et al., <br><br> Defendants-Appellees. | No. 16-15469 <br><br> D.C. No. 3:15-cv-04324-WHO Northern District of California, San Francisco <br><br> ORDER |

Before: BEA and N.R. SMITH, Circuit Judges, and ROBRENO,[*] District Judge.

The joint motion to stay the appeal is granted. This case shall be held in abeyance until September 8, 2017. The parties shall provide a status update on or before August 24, 2017.

---

[*] The Honorable Eduardo C. Robreno, United States District Judge for the Eastern District of Pennsylvania, sitting by designation.