Case 3:15-cv-04324-WHO Document 53 Filed 04/17/18 Page 1 of 1



FILED

APR 16 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NARUTO, a Crested Macaque, by and through his Next Friends, People for the Ethical Treatment of Animals, Inc., <br><br>　　　　　Plaintiff-Appellant, <br><br> v. <br><br> DAVID JOHN SLATER; et al., <br><br>　　　　　Defendants-Appellees. | No.　16-15469 <br><br> D.C. No. 3:15-cv-04324-WHO <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: BEA and N.R. SMITH, Circuit Judges, and ROBRENO,[*] District Judge.

Defendants-Appellees' request for judicial notice (Dkt. 40) and Competitive Enterprise Institute's motion for leave to file brief as *amicus curiae* out of time (Dkt. 53) are DENIED.

---

[*] The Honorable Eduardo C. Robreno, United States District Judge for the Eastern District of Pennsylvania, sitting by designation.