UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 10 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NARUTO, a Crested Macaque, by and through his Next Friends, People for the Ethical Treatment of Animals, Inc.,

        Plaintiff - Appellant,

 v.

DAVID JOHN SLATER; et al.,

        Defendants - Appellees.

No. 16-15469

D.C. No. 3:15-cv-04324-WHO
U.S. District Court for Northern California, San Francisco

**MANDATE**

The judgment of this Court, entered April 23, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Rebecca Lopez
        Deputy Clerk
        Ninth Circuit Rule 27-7