UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 31 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NARUTO, a Crested Macaque, by and through his Next Friends, People for the Ethical Treatment of Animals, Inc.,

    Plaintiff-Appellant,

v.

DAVID JOHN SLATER; et al.,

    Defendants-Appellees.

No. 16-15469

D.C. No. 3:15-cv-04324-WHO
Northern District of California,
San Francisco

ORDER

Before: BEA and N.R. SMITH, Circuit Judges, and ROBRENO,[*] District Judge.

  A judge of the court sua sponte requested a vote on whether to rehear this case en banc. A vote was taken, and the matter failed to receive a majority of the votes of the non-recused active judges in favor of en banc consideration. *See* Fed. R. App. P. 35(f). Rehearing en banc is DENIED.

---

  [*] The Honorable Eduardo C. Robreno, United States District Judge for the Eastern District of Pennsylvania, sitting by designation.